IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALVIN MCKNIGHT, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:11-CV-251 |
| | § | |
| RICK THALER, | § | |
| Director, Texas Dep't of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

### ORDER OVERRULING OBJECTIONS,
### ADOPTING REPORT AND RECOMMENDATION
### DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS,
### and, IN THE ALTERNATIVE,
### DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Before the Court is an unsigned application for a writ of habeas corpus by a person in state custody.

On December 29, 2011, the United States Magistrate Judge issued a Report and Recommendation in this

cause, recommending therein that petitioner's habeas petition be dismissed for failure to comply with federal

and local pleading requirements, or, in the alternative, denied.   On January 25, 2012, petitioner filed

objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record

in this case and has considered the objections made by petitioner to the Report and Recommendation.   The

objections filed by petitioner are without merit and are hereby OVERRULED.   The Magistrate Judge's

Report and Recommendation is hereby ADOPTED.   Accordingly, the petition for a writ of habeas corpus

filed by petitioner is DISMISSED, and, in the alternative, DENIED.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2012.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE